FILED
2022 Feb-08 PM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RAMSEY SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| WELLS FARGO BANK, N.A., ) | 2:21-CV-01415-ACA |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Pursuant to the Court's January 25, 2022, Order [DOC. 3], Plaintiff Ramsey Scott submits the following status report:

Plaintiff issued a request to waive service of a summons on February 4, 2022, to Defendant Wells Fargo Bank, N.A. ("Exhibit A"). Defendant received the request on February 8, 2022 ("Exhibit B").

Respectfully submitted this 8th day of February, 2022.

/s/ *Ashley R. Rhea*
Ashley R. Rhea
Bar Number: asb-8736-H81O
Attorney for Plaintiff

**OF COUNSEL:**
RHEA LAW LLC
104 23rd Street South
Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Email: arhea@rhealawllc.com