FILED
2022 Feb-08 PM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA




February 8, 2022

Dear Ashley Rhea:

The following is in response to your request for proof of delivery on your item with the tracking number: **EI06 9640 215U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | February 8, 2022, 5:05 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | K PRICE |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 641 S LAWRENCE ST |
| **City, State ZIP Code:** | MONTGOMERY, AL 36104-5809 |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Delivery Section<br>Signature X Kyra Price<br>Printed Name Kyra Price |
| Address of Recipient: | Delivery Address Box 2/8 641 S Lawrence |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004