2:21-CV-01415 ACA

FILED
2022 Apr-18 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bank, NA
c/o Corp. Service Co., Inc.
641 S. Lawrence St.
Montgomery, AL 36104

9590 9402 4899 9032 5114 87

7019 0160 0001 0236 5753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kelly Webster*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 4-11-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2022 APR 18 P 12:42

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...d Mail
- ☐ ...d Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt